United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Altus Community Healthcare, L.P. *as Assignee of Baytown Medical Center, LP*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-24-3978 |
| UnitedHealthcare Insurance Company, | § § § | |
| Defendant. | § | |

## ORDER OF REMAND

On March 11, 2025, Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation (docket no. 17) recommending that Plaintiff Altus Community Healthcare, L.P. *as Assignee of Baytown Medical Center, LP*'s Motion to Remand (docket no. 5) be granted. The Court has carefully considered the Report and Recommendation (docket no. 17), Defendant UnitedHealthcare Insurance Company's objections (docket no. 18) and Plaintiff's response to objections (docket no. 19) and concludes that the Report and Recommendation should be adopted by this Court.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation (docket no. 17) is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff's Motion to Remand (docket no. 5) is **GRANTED** and this action is **REMANDED** to the 152nd Judicial District Court of Harris County, Texas.

The Clerk will promptly provide a copy of this Order of Remand to the District Clerk of Harris County, Texas.

**SIGNED** at Houston, Texas, on this the 3rd day of April, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE